MICHAEL J. HEYMAN
United States Attorney

MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARQUINN PRENTISS JONES-NELSON,<br><br>Defendant. | No. 3:11-cr-00039-RRB-MMS |

### STATUS REPORT

The United States files this Status Report pursuant to the Court's Order at docket 128. The Court held an initial appearance on a Petition to Revoke Supervised Release for Defendant Marquinn Prentiss Jones-Nelson on November 12, 2025, and subsequently detained him. Defendant remains in custody. Defendant waived a Preliminary hearing.

The United States expects to propose new charges related to the supervised release violations against the Defendant in the next 30 days and therefore requests a status report

to be due in approximately 45 days.

RESPECTFULLY SUBMITTED December 19, 2025 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s Mac Caille Petursson
MAC CAILLE PETURSSON
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s Mac Caille Petursson

U.S. v. Jones-Nelson
3:11-cr-00039-RRB-MMS